**FILED**

12/16/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0519

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### No. DA 21-0519

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

THOMAS JEFF RICHARDSON,

      Defendant and Appellant.

### GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until January 26, 2022, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 16 2021